**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41517-CAD |
| | § | |
| KENITRA L SHACKELFORD-JOHNSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2011. The undersigned trustee was appointed on 10/12/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $150,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $85,824.62 |
    | Bank service fees | $1,398.02 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $62,777.36 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2012 and the deadline for filing government claims was 10/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,735.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,735.08, for a total compensation of $8,735.08[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $5.08, for total expenses of $5.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2015    By:    /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-41517-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SHACKELFORD-JOHNSON, KENITRA L | **Date Filed (f) or Converted (c):** | 10/12/2011 (f) |
| **For the Period Ending:** | 4/23/2015 | **§341(a) Meeting Date:** | 11/15/2011 |
| | | **Claims Bar Date:** | 10/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking-Bank of America | $40.00 | $0.00 | | $0.00 | FA |
| 2  Savings-Bank of America | $8.00 | $0.00 | | $0.00 | FA |
| 3  Used Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 4  2007 Chevrolet Cobalt-40,000 Miles | $10,800.00 | $0.00 | | $0.00 | FA |
| 5  2011 Expected Federal Tax Return | $3,950.00 | $0.00 | | $0.00 | FA |
| 6  Kenitra Schackelford v. Alpha Kappa Alpha Sorority et al., Case No. 09 L 010473 (u) | $0.00 | Unknown | | $150,000.00 | FA |

**TOTALS (Excluding unknown value)**                                        **Gross Value of Remaining Assets**

                            $15,298.00           $0.00                         $150,000.00           $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/14/2014 | Provided Tax Id No. to CPA |
| 06/30/2014 | Tax return is being prepared by CPA. |
| | TFR after tax return is completed. |
| 05/28/2014 | Emailed information to Howard A. Stone, CPA to prepare final tax return. |
| 03/25/2014 | HOWARD A. STONE AND FGMK, LLC HIRED AS ACCOUNTANTS |
| 02/05/2013 | Received proposed settlement of $20,000.00 - Motion to Employ Lakelaw granted; Motion to Employ Ruth Major pending. Employment Litigation Case |

**Initial Projected Date Of Final Report (TFR):**    12/31/2014                                /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**    12/31/2015                             DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1
Exhibit B

| Case No. | 11-41517-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8178 | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/12/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/23/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2014 | (6) | RSUI Indemnity Company | Payment for Settlement | 1249-000 | $130,000.00 | | $130,000.00 |
| 03/03/2014 | (6) | Alpha Kappa Alpha Soroity | Payment for Settlement | 1249-000 | $20,000.00 | | $150,000.00 |
| 03/18/2014 | 3001 | The Law Offices of Ruth I. Major, P.C. | 33% of Settlement Per Court Order Entered on 2/27/2013. | * | | $56,998.13 | $93,001.87 |
| | | | $(49,500.00) | 3220-610 | | | $93,001.87 |
| | | | $(7,498.13) | 3220-610 | | | $93,001.87 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $185.99 | $92,815.88 |
| 04/07/2014 | 3002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $79.49 | $92,736.39 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $144.90 | $92,591.49 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $154.23 | $92,437.26 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $139.54 | $92,297.72 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $148.94 | $92,148.78 |
| 08/06/2014 | 3003 | Department of the Treasury | Estate of Kenitra L Shackelford-Johnson - Taxes Due. | 2810-000 | | $22,206.00 | $69,942.78 |
| 08/06/2014 | 3004 | Illinois Department of Revenue | Tax due RE: Bankruptcy Estate. | 2820-000 | | $6,541.00 | $63,401.78 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $122.07 | $63,279.71 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $95.52 | $63,184.19 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $108.53 | $63,075.66 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $91.93 | $62,983.73 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $101.63 | $62,882.10 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $104.74 | $62,777.36 |
| | | | **TOTALS:** | | $150,000.00 | $87,222.64 | $62,777.36 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $150,000.00 | $87,222.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $150,000.00 | $87,222.64 | |

| For the period of 10/12/2011 to 4/23/2015 | | For the entire history of the account between 12/02/2013 to 4/23/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $150,000.00 | Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 | Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $87,222.64 | Total Compensable Disbursements: | $87,222.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,222.64 | Total Comp/Non Comp Disbursements: | $87,222.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 2
Case 11-41517    Doc 51    Filed 04/23/15    Entered 04/23/15 15:17:06    Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document       Page 5 of 11
Exhibit B

| Case No. | 11-41517-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8178 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/23/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $150,000.00 | $87,222.64 | $62,777.36 |

| For the period of 10/12/2011 to 4/23/2015 | | For the entire history of the case between 10/12/2011 to 4/23/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $150,000.00 | Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 | Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $87,222.64 | Total Compensable Disbursements: | $87,222.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,222.64 | Total Comp/Non Comp Disbursements: | $87,222.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| | | |
|---|---|---|
| Case No. | 11-41517-CAD | Trustee Name: David Leibowitz |
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | Date: 4/23/2015 |
| Claims Bar Date: | 10/10/2012 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | THE LAW OFFICES OF RUTH I. MAJOR, P.C.<br><br>30 West Monroe Street Suite 1650<br>Chicago IL 60603 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $49,500.00 | $49,500.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 33% of settlement amount - $150,000 - Court Order entered on | | | | | | | | |
| | THE LAW OFFICES OF RUTH I. MAJOR, P.C.<br><br>30 West Monroe Street Suite 1650<br>Chicago IL 60603 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $7,498.13 | $7,498.13 | $0.00 | $0.00 | $0.00 |
| | LAKELAW<br><br>420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $4,237.50 | $0.00 | $0.00 | $0.00 | $4,237.50 |
| | LAKELAW<br><br>420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $23.03 | $0.00 | $0.00 | $0.00 | $23.03 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $8,735.08 | $0.00 | $0.00 | $0.00 | $8,735.08 |
| | SHACKELFORD-JOHNSON, KENITRA L<br><br>7640 S. PARNELL CHICAGO IL 60620 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $40,298.42 | $0.00 | $0.00 | $0.00 | $40,298.42 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | |
| | FGMK, LLC<br><br>2801 Lakeside Drive - Third Floor Bannockburn IL 60015 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,680.00 | $0.00 | $0.00 | $0.00 | $1,680.00 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $5.08 | $0.00 | $0.00 | $0.00 | $5.08 |

| Case No. | 11-41517-CAD | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | | | | | | | | Date: | 4/23/2015 |
| Claims Bar Date: | 10/10/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (GE MONEY BANK - LENSCR)<br>294 Union St.<br>Hackensack NJ 07601 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,573.52 | $0.00 | $5.74 | $0.00 | $1,573.52 |
| 2 | EAST SIDE LENDERS<br><br>40 E Main St Ste 410<br>Newark DE 19711 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $850.00 | $0.00 | $3.10 | $0.00 | $850.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>RJM Acquisitions, LLC as assignee of BLACK EXPRESSIONS BOOK CL<br>PO Box 268850<br>Oklahoma City OK 73126-8850 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $165.84 | $0.00 | $0.61 | $0.00 | $165.84 |
| 4 | GOLDEN LAW<br><br>118 S. Clinton Street, Suite 200<br>Chicago IL 60661 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,756.32 | $0.00 | $13.71 | $0.00 | $3,756.32 |

**Claim Notes:** (4-1) Fee for legal services rendered for divorce proceedings

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,424.21 | $0.00 | $5.20 | $0.00 | $1,424.21 |
| | | | | | **$119,747.13** | **$56,998.13** | **$28.36** | **$0.00** | **$62,749.00** |

| **Case No.** | 11-41517-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | SHACKELFORD-JOHNSON, KENITRA L | **Date:** 4/23/2015 |
| **Claims Bar Date:** | 10/10/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,680.00 | $1,680.00 | $0.00 | $0.00 | $0.00 | $1,680.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $23.03 | $23.03 | $0.00 | $0.00 | $0.00 | $23.03 |
| Attorney for Trustee Fees (Other Firm) | $49,500.00 | $49,500.00 | $49,500.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $4,237.50 | $4,237.50 | $0.00 | $0.00 | $0.00 | $4,237.50 |
| General Unsecured § 726(a)(2) | $7,769.89 | $7,769.89 | $0.00 | $28.36 | $0.00 | $7,769.89 |
| Special Counsel for Trustee Expenses | $7,498.13 | $7,498.13 | $7,498.13 | $0.00 | $0.00 | $0.00 |
| Surplus Funds Paid to Debtor | $40,298.42 | $40,298.42 | $0.00 | $0.00 | $0.00 | $40,298.42 |
| Trustee Compensation | $8,735.08 | $8,735.08 | $0.00 | $0.00 | $0.00 | $8,735.08 |
| Trustee Expenses | $5.08 | $5.08 | $0.00 | $0.00 | $0.00 | $5.08 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-41517-CAD
Case Name: KENITRA L SHACKELFORD-JOHNSON
Trustee Name: David P. Leibowitz

Balance on hand: $62,777.36

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $62,777.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $8,735.08 | $0.00 | $8,735.08 |
| David P. Leibowitz, Trustee Expenses | $5.08 | $0.00 | $5.08 |
| Lakelaw, Attorney for Trustee Fees | $4,237.50 | $0.00 | $4,237.50 |
| Lakelaw, Attorney for Trustee Expenses | $23.03 | $0.00 | $23.03 |
| FGMK, LLC, Accountant for Trustee Fees | $1,680.00 | $0.00 | $1,680.00 |
| Other: The Law Offices of Ruth I. Major, P.C. , | $56,998.13 | $56,998.13 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $14,680.69
Remaining balance: $48,096.67

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $48,096.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $48,096.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,769.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (GE Money Bank - Lenscr) | $1,573.52 | $0.00 | $1,573.52 |
| 2 | East Side Lenders | $850.00 | $0.00 | $850.00 |
| 3 | American InfoSource LP as agent for | $165.84 | $0.00 | $165.84 |
| 4 | Golden Law | $3,756.32 | $0.00 | $3,756.32 |
| 5 | LVNV Funding, LLC its successors and assigns as | $1,424.21 | $0.00 | $1,424.21 |

|  | Total to be paid to timely general unsecured claims: | $7,769.89 |
|---|---|---|
|  | Remaining balance: | $40,326.78 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $40,326.78 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $40,326.78 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $28.36. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor(s) after payment of all claims and interest is $40,298.42.

**UST Form 101-7-TFR (5/1/2011)**