**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-41517-CAD
§
KENITRA L SHACKELFORD-JOHNSON §
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/14/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/23/2015          By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                          §   Case No. 11-41517-CAD
                                                §
KENITRA L SHACKELFORD-JOHNSON   §
                                                §
                                                §
                                                §
               Debtor(s)                        §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                $150,000.00
*and approved disbursements of*                                      $87,222.64
*leaving a balance on hand of*[1]:                                   $62,777.36

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                                    $0.00
Remaining balance:                                                   $62,777.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $8,735.08 | $0.00 | $8,735.08 |
| David P. Leibowitz, Trustee Expenses | $5.08 | $0.00 | $5.08 |
| Lakelaw, Attorney for Trustee Fees | $4,237.50 | $0.00 | $4,237.50 |
| Lakelaw, Attorney for Trustee Expenses | $23.03 | $0.00 | $23.03 |
| FGMK, LLC, Accountant for Trustee Fees | $1,680.00 | $0.00 | $1,680.00 |
| Other: The Law Offices of Ruth I. Major, P.C. , | $56,998.13 | $56,998.13 | $0.00 |

Total to be paid for chapter 7 administrative expenses:              $14,680.69
Remaining balance:                                                   $48,096.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|                                                         |            |
|---------------------------------------------------------|-----------:|
| Total to be paid to prior chapter administrative expenses: | $0.00      |
| Remaining balance:                                      | $48,096.67 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                        |            |
|----------------------------------------|-----------:|
| Total to be paid to priority claims:   | $0.00      |
| Remaining balance:                     | $48,096.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,769.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC  (GE Money Bank - Lenscr) | $1,573.52 | $0.00 | $1,573.52 |
| 2 | East Side Lenders | $850.00 | $0.00 | $850.00 |
| 3 | American InfoSource LP as agent for | $165.84 | $0.00 | $165.84 |
| 4 | Golden Law | $3,756.32 | $0.00 | $3,756.32 |
| 5 | LVNV Funding, LLC its successors and assigns as | $1,424.21 | $0.00 | $1,424.21 |

|                                                          |            |
|----------------------------------------------------------|-----------:|
| Total to be paid to timely general unsecured claims:     | $7,769.89  |
| Remaining balance:                                       | $40,326.78 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $40,326.78 |

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $40,326.78 |

     To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $28.36. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor(s) after payment of all claims and interest is $40,298.42.

                                             Prepared By: /s/ David P. Leibowitz
                                                                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 11-41517-CAD
Kenitra L Shackelford-Johnson                                       Chapter 7
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Apr 23, 2015
                              Form ID: pdf006             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2015.
```
db           +Kenitra L Shackelford-Johnson,    7640 S. Parnell Ave.,    Apt. 3,   Chicago, IL 60620-1824
17915216     +Acc/American Cr Coll (Original Cred,   Po Box 264,    Taylor, PA 18517-0264
17915218     +Arrow Financial Servic (Original Cr,   5996 W Touhy Ave,    Niles, IL 60714-4610
19145677     +Atlas Acquisitions LLC (GE Money Bank - Lenscr,   294 Union St.,   Hackensack, NJ 07601-4303
17915219     +Byl Svc (Original Creditor:01 Ab Ra,   301 Lacey Street,    West Chester, PA 19382-3727
17915220     +Credit Management Lp (Original Cred,   4200 International Pkwy,   Carrollton, TX 75007-1912
17915231     +Girls Scouts of Chicago,    222 S Riverside Plz,   #2120,   Chicago, IL 60606-6101
17915232     +Golden Law,    118 S. Clinton Street, Suite 200,   Chicago, Illinois 60661-5777
17915233     +Harris Bank,    500 W. Jackson Blvd.,   Suite 700,   Chicago, IL 60661-5810
22691319      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
18301273     +Lots of Love Preschool Academy,    1139 W. 79th Street,   Chicago, IL 60620-3031
17915235     +Phoenix Management S (Original Cred,   430 Oak Grove Suite 115,   Minneapolis, MN 55403-3234
17915236     +Sst/Columbus Bank&Trus,    Po Box 3997,    Saint Joseph, MO 64503-0997
17915237     +Star Cash Processing,    P.O. Box 50191,    Minneapolis, MN 55405-0191
17915238     +Tek-Collect Inc (Original Creditor:,   871 Park St,    Columbus, OH 43215-1441
17915239     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
17915240      Vip Loan Shop,    4 Solomons Arcade,   Charlestown, Nevis, West Indies
17915241     +Wellsfargo,    Supreme Re Serving,   4143 121st Street,    Urbandale, IA 50323-2310
17915242     +West Bay Acquisitions (Original Cre,   1540 Pontiac Ave Ste A,    Cranston, RI 02920-4472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17915217     +E-mail/PDF: recoverybankruptcy@afninet.com Apr 24 2015 01:39:06
               Afni, Inc. (Original Creditor:T-Mob,    Po Box 3427,   Bloomington, IL 61702-3427
19192781      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2015 01:53:05
               American InfoSource LP as agent for,    RJM Acquisitions, LLC,
               as assignee of BLACK EXPRESSIONS BOOK CL,    PO Box 268850,   Oklahoma City, OK 73126-8850
17953420     +E-mail/Text: bnc@atlasacq.com Apr 24 2015 01:40:58     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17915221     +E-mail/PDF: pa_dc_ed@navient.com Apr 24 2015 01:39:03     Dept Of Ed/Sallie Mae,   Po Box 9635,
               Wilkes Barre, PA 18773-9635
17915229     +E-mail/Text: christy@concordadvice.com Apr 24 2015 01:42:01     East Side Lenders,
               40 E Main St Ste 410,   Newark, DE 19711-4639
17915230     +E-mail/Text: ally@ebn.phinsolutions.com Apr 24 2015 01:40:52    G M A C,    5400 Gateway Ctr,
               Flint, MI 48507-3939
19531016      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2015 01:39:37
               LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
               LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
17915234     +E-mail/Text: robert@overlandbond.com Apr 24 2015 01:43:17     Overlnd Bond,   4701 W Fullerton,
               Chicago, IL 60639-1899
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17915222*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
17915223*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
17915224*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
17915225*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
17915226*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
17915227*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
17915228*    +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                 TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                                   Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 2 of 2                    Date Rcvd: Apr 23, 2015
                              Form ID: pdf006             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2015 at the address(es) listed below:
              Ben W Koyl    on behalf of Defendant Kenitra L Shackelford-Johnson ben@chicagobklaw.com,
               paulhimsel@yahoo.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Accountant Howard A Stone dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Janna L Quarless    on behalf of Debtor Kenitra L Shackelford-Johnson jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Jeffrey  Snell    on behalf of Plaintiff Patrick S Layng jeffrey.snell@usdoj.gov
              Nathan E Delman    on behalf of Debtor Kenitra L Shackelford-Johnson rjscourtdocs@gmail.com,
               ndelman@robertjsemrad.com
              Patrick  Semrad    on behalf of Debtor Kenitra L Shackelford-Johnson psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shanita Q Straw    on behalf of Creditor   Golden Law sstraw@goldenlawpc.com,
               G5700@notify.cincompass.com
              William J Weiler    on behalf of Debtor Kenitra L Shackelford-Johnson jweiler@robertjsemrad.com,
               rjscourtdocs@gmail.com
                                                                                               TOTAL: 11
```