## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-41517-CAD |
| | § | |
| KENITRA L SHACKELFORD-JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10,800.00 | Assets Exempt: | $4,498.00 |
| Total Distributions to Claimants: | $7,798.25 | Claims Discharged Without Payment: | $179,683.54 |
| Total Expenses of Administration: | $101,903.33 | | |

3)        Total gross receipts of $150,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $40,298.42 (see **Exhibit 2**), yielded net receipts of $109,701.58 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $15,556.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $101,903.33 | $101,903.33 | $101,903.33 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $186,616.86 | $7,769.89 | $7,769.89 | $7,798.25 |
| **Total Disbursements** | $202,172.86 | $109,673.22 | $109,673.22 | $109,701.58 |

4).  This case was originally filed under chapter 7 on 10/12/2011.  The case was pending for 0 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>07/09/2015</u>               By:  <u>/s/ David P. Leibowitz</u>
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| KenitraSchackelford v. Alpha Kappa Alpha Sorority et al., Case No. 09 L 010473 | 1249-000 | $150,000.00 |
| **TOTAL GROSS RECEIPTS** | | $150,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SHACKELFORD-JOHNSON, KENITRA L | Surplus Funds | 8200-002 | $40,298.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $40,298.42 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Overlnd Bond | 4110-000 | $15,556.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $15,556.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $8,735.08 | $8,735.08 | $8,735.08 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.08 | $5.08 | $5.08 |
| International Sureties, Ltd | 2300-000 | NA | $79.49 | $79.49 | $79.49 |
| Green Bank | 2600-000 | NA | $1,398.02 | $1,398.02 | $1,398.02 |
| Department of the Treasury | 2810-000 | NA | $22,206.00 | $22,206.00 | $22,206.00 |
| Illinois Department of Revenue | 2820-000 | NA | $6,541.00 | $6,541.00 | $6,541.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,237.50 | $4,237.50 | $4,237.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $23.03 | $23.03 | $23.03 |

| | | | | | |
|---|---|---|---|---|---|
| Special Counsel for Trustee | 3220-610 | NA | $56,998.13 | $56,998.13 | $56,998.13 |
| FGMK, LLC, Accountant for Trustee | 3410-000 | NA | $1,680.00 | $1,680.00 | $1,680.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $101,903.33 | $101,903.33 | $101,903.33 |

<u>**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**</u>
NONE

<u>**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**</u>
NONE

<u>**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**</u>

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (GE Money Bank - Lenscr) | 7100-000 | $0.00 | $1,573.52 | $1,573.52 | $1,573.52 |
| 2 | East Side Lenders | 7100-000 | $500.00 | $850.00 | $850.00 | $850.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | $0.00 | $165.84 | $165.84 | $165.84 |
| 4 | Golden Law | 7100-000 | $3,756.32 | $3,756.32 | $3,756.32 | $3,756.32 |
| 5 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $2,677.00 | $1,424.21 | $1,424.21 | $1,424.21 |
| | American InfoSource LP as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $0.61 |
| | Atlas Acquisitions LLC (GE Money Bank - Lenscr) | 7990-000 | $0.00 | $0.00 | $0.00 | $5.74 |
| | East Side Lenders | 7990-000 | $0.00 | $0.00 | $0.00 | $3.10 |
| | Golden Law | 7990-000 | $0.00 | $0.00 | $0.00 | $13.71 |
| | LVNV Funding, LLC its successors and assigns as | 7990-000 | $0.00 | $0.00 | $0.00 | $5.20 |
| | Acc/American Cr Coll (Original Cred | 7100-000 | $823.00 | $0.00 | $0.00 | $0.00 |
| | Afni, Inc. (Original Creditor:T-Mob | 7100-000 | $302.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Byl Svc (Original Creditor:01 Ab Ra | 7100-000 | $304.00 | $0.00 | $0.00 | $0.00 |
| | Credit Management Lp (Original Cred | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $5,571.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $5,387.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $5,132.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $3,802.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $3,793.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $3,620.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $2,478.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Ed/Sallie Mae | 7100-000 | $2,068.00 | $0.00 | $0.00 | $0.00 |
| | Girls Scouts of Chicago | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | GMAC | 7100-000 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| | Harris Bank | 7100-000 | $197.54 | $0.00 | $0.00 | $0.00 |
| | Phoenix Management S (Original Cred | 7100-000 | $102.00 | $0.00 | $0.00 | $0.00 |
| | Sst/Columbus Bank&Trus | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | Star Cash Processing | 7100-000 | $510.00 | $0.00 | $0.00 | $0.00 |
| | Tek-Collect Inc (Original Creditor: | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| | Us Dept Of Education | 7100-000 | $18,356.00 | $0.00 | $0.00 | $0.00 |
| | Vip Loan Shop | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| | Wellsfargo | 7100-000 | $118,620.00 | $0.00 | $0.00 | $0.00 |
| | West Bay Acquisitions (Original Cre | 7100-000 | $108.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $186,616.86 | $7,769.89 | $7,769.89 | $7,798.25 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 11-41517-CAD | |
| **Case Name:** | SHACKELFORD-JOHNSON, KENITRA L | |
| **For the Period Ending:** | 7/9/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/12/2011 (f) |
| **§341(a) Meeting Date:** | 11/15/2011 |
| **Claims Bar Date:** | 10/10/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking-Bank of America | $40.00 | $0.00 | | $0.00 | FA |
| 2 | Savings-Bank of America | $8.00 | $0.00 | | $0.00 | FA |
| 3 | Used Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 4 | 2007 Chevrolet Cobalt-40,000 Miles | $10,800.00 | $0.00 | | $0.00 | FA |
| 5 | 2011 Expected Federal Tax Return | $3,950.00 | $0.00 | | $0.00 | FA |
| 6 | Kenitra                    (u) Schackelford v. Alpha Kappa Alpha Sorority et al., Case No. 09 L 010473 | $0.00 | Unknown | | $150,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                    **Gross Value of Remaining Assets**

|  | $15,298.00 | $0.00 | | $150,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/14/2014 | Provided Tax Id No. to CPA |
| 06/30/2014 | Tax return is being prepared by CPA. |
| | TFR after tax return is completed. |
| 05/28/2014 | Emailed information to Howard A. Stone, CPA to prepare final tax return. |
| 03/25/2014 | HOWARD A. STONE AND FGMK, LLC HIRED AS ACCOUNTANTS |
| 02/05/2013 | Received proposed settlement of $20,000.00 - Motion to Employ Lakelaw granted; Motion to Employ Ruth Major pending. |
| | Employment Litigation Case |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2015 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 11-41517-CAD | | | Trustee Name: | | David Leibowitz |
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | **-***8178 | | | Checking Acct #: | | ******1701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/12/2011 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 7/9/2015 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/03/2014 | (6) | RSUI Indemnity Company | Payment for Settlement | 1249-000 | $130,000.00 | | $130,000.00 |
| 03/03/2014 | (6) | Alpha Kappa Alpha Soroity | Payment for Settlement | 1249-000 | $20,000.00 | | $150,000.00 |
| 03/18/2014 | 3001 | The Law Offices of Ruth I. Major, P.C. | 33% of Settlement Per Court Order Entered on 2/27/2013. | * | | $56,998.13 | $93,001.87 |
| | | | $(49,500.00) | 3220-610 | | | $93,001.87 |
| | | | $(7,498.13) | 3220-610 | | | $93,001.87 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $185.99 | $92,815.88 |
| 04/07/2014 | 3002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $79.49 | $92,736.39 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $144.90 | $92,591.49 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $154.23 | $92,437.26 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $139.54 | $92,297.72 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $148.94 | $92,148.78 |
| 08/06/2014 | 3003 | Department of the Treasury | Estate of Kenitra L Shackelford-Johnson - Taxes Due. | 2810-000 | | $22,206.00 | $69,942.78 |
| 08/06/2014 | 3004 | Illinois Department of Revenue | Tax due RE: Bankruptcy Estate. | 2820-000 | | $6,541.00 | $63,401.78 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $122.07 | $63,279.71 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $95.52 | $63,184.19 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $108.53 | $63,075.66 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $91.93 | $62,983.73 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $101.63 | $62,882.10 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $104.74 | $62,777.36 |
| 05/15/2015 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $8,735.08 | $54,042.28 |
| 05/15/2015 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.08 | $54,037.20 |
| 05/15/2015 | 3007 | FGMK, LLC | Claim #: ; Amount Claimed: 1,680.00; Amount Allowed: 1,680.00;  Distribution Dividend: 100.00; | 3410-000 | | $1,680.00 | $52,357.20 |
| 05/15/2015 | 3008 | Lakelaw | Claim #: ; Amount Claimed: 23.03; Amount Allowed: 23.03;  Distribution Dividend: 100.00; | 3120-000 | | $23.03 | $52,334.17 |
| 05/15/2015 | 3009 | Lakelaw | Claim #: ; Amount Claimed: 4,237.50; Amount Allowed: 4,237.50;  Distribution Dividend: 100.00; | 3110-000 | | $4,237.50 | $48,096.67 |
| 05/15/2015 | 3010 | Atlas Acquisitions LLC (GE Money Bank - Lenscr) | Claim #: 1; Amount Claimed: 1,573.52; Amount Allowed: 1,573.52;  Distribution Dividend: 100.00; | * | | $1,579.26 | $46,517.41 |
| | | | Claim Amount          $(1,573.52) | 7100-000 | | | $46,517.41 |
| | | | Interest          $(5.74) | 7990-000 | | | $46,517.41 |
| 05/15/2015 | 3011 | East Side Lenders | Claim #: 2; Amount Claimed: 850.00; Amount Allowed: 850.00;  Distribution Dividend: 100.00; | * | | $853.10 | $45,664.31 |
| | | | Claim Amount          $(850.00) | 7100-000 | | | $45,664.31 |
| | | | Interest          $(3.10) | 7990-000 | | | $45,664.31 |
| | | | **SUBTOTALS** | | $150,000.00 | $104,335.69 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-41517-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8178 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/9/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2015 | 3012 | American InfoSource LP as agent for | Claim #: 3; Amount Claimed: 165.84; Amount Allowed: 165.84;  Distribution Dividend: 100.00; | * | | $166.45 | $45,497.86 |
| | | | Claim Amount                    $(165.84) | 7100-000 | | | $45,497.86 |
| | | | Interest                          $(0.61) | 7990-000 | | | $45,497.86 |
| 05/15/2015 | 3013 | Golden Law | Claim #: 4; Amount Claimed: 3,756.32; Amount Allowed: 3,756.32;  Distribution Dividend: 100.00; | * | | $3,770.03 | $41,727.83 |
| | | | Claim Amount                  $(3,756.32) | 7100-000 | | | $41,727.83 |
| | | | Interest                         $(13.71) | 7990-000 | | | $41,727.83 |
| 05/15/2015 | 3014 | LVNV Funding, LLC its successors and assigns as | Claim #: 5; Amount Claimed: 1,424.21; Amount Allowed: 1,424.21;  Distribution Dividend: 100.00; | * | | $1,429.41 | $40,298.42 |
| | | | Claim Amount                  $(1,424.21) | 7100-000 | | | $40,298.42 |
| | | | Interest                          $(5.20) | 7990-000 | | | $40,298.42 |
| 05/15/2015 | 3015 | SHACKELFORD-JOHNSON, KENITRA L | Claim #: ; Amount Claimed: 40,298.42; Amount Allowed: 40,298.42; Distribution Dividend: 100.00; | 8200-002 | | $40,298.42 | $0.00 |

| | | | **TOTALS:** | | $150,000.00 | $150,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $150,000.00 | $150,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $40,298.42 | |
| | | | **Net** | | $150,000.00 | $109,701.58 | |

| For the period of  10/12/2011 to 7/9/2015 | | For the entire history of the account between 12/02/2013 to 7/9/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $150,000.00 | Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 | Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $109,701.58 | Total Compensable Disbursements: | $109,701.58 |
| Total Non-Compensable Disbursements: | $40,298.42 | Total Non-Compensable Disbursements: | $40,298.42 |
| Total Comp/Non Comp  Disbursements: | $150,000.00 | Total Comp/Non Comp  Disbursements: | $150,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-41517-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SHACKELFORD-JOHNSON, KENITRA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8178 | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/12/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/9/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $150,000.00 | $150,000.00 | $0.00 |

**For the period of 10/12/2011 to 7/9/2015**

| | |
|---|---|
| Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $109,701.58 |
| Total Non-Compensable Disbursements: | $40,298.42 |
| Total Comp/Non Comp Disbursements: | $150,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/12/2011 to 7/9/2015**

| | |
|---|---|
| Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $109,701.58 |
| Total Non-Compensable Disbursements: | $40,298.42 |
| Total Comp/Non Comp Disbursements: | $150,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |